# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-00019 (WLS-ALS) |
| | : | |
| ARTIS PYE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## Order Granting Motion to Continue

Defendant Artis Pye moves to continue his trial and pretrial conference in the interests of justice. (Doc. 25.) He seeks a continuance stating that because of the nature of this case, Counsel cannot mail him a copy of discovery and instead must discuss it in person at the facility where he is currently detained. (Doc. 25 at 2.) Defendant states that he was arraigned on September 15, 2025, and received discovery from the Government on the same day but that Counsel has not yet met with Defendant to begin discovery review and discuss potential defenses. (*Id.*)

Based on Pye's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Pye in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 25) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division February 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 29th day of September 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**